|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Phyl Grace, Esq., SBN 171771 |
|   | Dennis Price, Esq., SBN 279082 |
| 4 | Mail: PO Box 262490 |
|   | San Diego, CA 92196-2490 |
| 5 | Delivery: 9845 Erma Road, Suite 300 |
|   | San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax |
|   | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |
| 8 | FRED M. SZKOLNIK |
| 9 | fred@fredszkolniklaw.com |
|   | LAW OFFICES OF FRED M. SZKOLNIK |
| 10 | 16311 Ventura Blvd., Suite 1060 |
|   | Encino, CA 91436 |
| 11 | Telephone: (818) 986-3888 |
|   | Facsimile (818) 986-3888 |
| 12 | Attorney for Defendants |
|   | Harkham Family Enterprises, L.P, Harkham |
| 13 | Industries, Inc., 1013 Los Angeles Street, LP. |
|   | Aflalo Equities, LLC and Efrem Harkham |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case: 2:17-CV-05350-DMG-SK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| HARKHAM FAMILY ENTERPRISES, L.P., a California Limited Partnership; HARKHAM INDUSTRIES, INC., a California Corporation; 1013 LOS ANGELES STREET, LP, a California Limited Partnership; AFLALO EQUITIES, LLC, a California Limited Liability Company; EFREM HARKHAM, Trustee Of The Efrem Harkham Trust Dated 11/1/1989; and Does 1-10, | |
| Defendants. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 9, 2017          CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated:                          LAW OFFICES OF FRED M. SZKOLNIK

By: _____
    Fred M. Szkolnik
    Attorney for Defendants
    Harkham Family Enterprises, L.P,
    Harkham Industries, Inc., 1013 Los Angeles Street, LP. Aflalo Equities, LLC and Efrem Harkham

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                              CENTER FOR DISABILITY ACCESS

                                    By: _____
                                        Phyl Grace
                                        Attorneys for Plaintiff

Dated: 10-31-17                     LAW OFFICES OF FRED M. SZKOLNIK

                                    By: _____
                                        Fred M. Szkolnik
                                        Attorney for Defendants
                                        Harkham Family Enterprises, L.P,
                                        Harkham Industries, Inc., 1013 Los
                                        Angeles Street, LP. Aflalo Equities,
                                        LLC and Efrem Harkham

2

Joint Stipulation for Dismissal             Case: 2:17-CV-05350-DMG-SK